### SHERYL SHEEHAN *v.* ALAN BALASIC

The defendant's petition for certification for appeal from the Appellate Court, 46 Conn. App. 327 (AC 16281), is granted, limited to the following issue:

"Whether the Appellate Court properly concluded that the twenty-four month term of the unallocated alimony and support provision was not modifiable?"

The Supreme Court docket number is SC 15818.

*Stuart Bear* and *James K. Filan, Jr.,* in support of the petition.

Decided November 6, 1997

### CHONG PARK *v.* KYE JA CHOI ET AL.

The petition by the second injury fund for certification for appeal from the Appellate Court, 46 Conn. App. 596 (AC 16458), is denied.

*Michael J. Belzer,* assistant attorney general, in support of the petition.

*James D. Moran,* in opposition.

Decided November 6, 1997